Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 3, 2006









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed February 3, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00073-CV

____________

 

IN RE NEXTIRAONE, L.L.C., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On January 27, 2006, relator NextiraOne, L.L.C. filed
a petition for writ of mandamus in this Court. 
See Tex. Gov=t Code Ann. '22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1.  Relator has failed to establish it is entitled to mandamus
relief.  See Tex. R. App. P. 52.3(j)(A); In re
Bledsoe, 41 S.W.3d 807, 811  (Tex.
App.CFort Worth 2001, orig. proceeding)
(concluding that mandamus relief may be based on oral ruling only if the ruling
is a Aclear, specific, and enforceable
order that is adequately shown by the record@). 
Accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed February 3, 2006.

Panel consists of Justices Fowler,
Edelman, and Guzman